**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

ROBERT LEE MCCLOUD,

    Plaintiff,

v.                                         CASE NO. 2:10-CV-00684-FtM-99DNF

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

This cause comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the Social Security Administration (Doc. 1). This complaint was considered by United States Magistrate Judge Douglas N. Frazier. Magistrate Judge Frazier filed a Report and Recommendation (Doc. 23), recommending that the Commissioner's decision be affirmed. Neither party filed an objection to the Report and Recommendation, and the time to do so has expired. After conducting an independent examination of the file and upon due consideration of Magistrate Judge Frazier's Report and Recommendation, the Court accepts the Report and Recommendation in its entirety.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 23) is **ADOPTED, CONFIRMED** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. The Decision of the Commissioner of Social Security is **REVERSED**, in part, and this case is **REMANDED** pursuant to 42 U.S.C. § 405(g) to: (1) allow the ALJ to conduct a hearing to consult with and elicit testimony from a vocational expert to properly consider the limitations, if any, of Plaintiff performing light work on a regular and sustained basis and determine the availability of suitable alternative jobs in the local and national economy and to (2) clarify whether Plaintiff's RFC is limited to "light work" or "unskilled light work."

3. As to the remaining issues raised by Plaintiff, the decision of the Commissioner is **AFFIRMED**.

4. Should the remand result in an award of benefits, Plaintiff's attorney is granted an extension of time in which to file a petition for authorization of attorney's fees under 42 U.S.C. §406(b). Plaintiff's attorney shall have thirty (30) days from the date of a notice of award of benefits from the Social Security Administration to file a petition for attorney's fees.

5. The Clerk is directed to enter judgment accordingly and close this file.

**DONE AND ORDERED** at Ft. Myers, Florida, on March 2, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD